FILED
U.S. DISTRICT COURT
STRICT OF MARYLAND

2006 MAY -1 P 5: 1

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| FASSI GRU S.p.A.<br>&<br>FASCAN INTERNATIONAL, INC.<br><br>　　Plaintiffs / Counterclaim-Defendants.<br><br>v.<br><br>ROBERT'S DIESEL WORKS, INC.<br><br>　　Defendant / Counterclaimant. | Case 1:05-cv-02349-MJG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Fassi Gru S.p.A. and Fascan International, Inc., and the Defendant, Robert's Diesel Works, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action, and all claims asserted herein, WITH PREJUDICE, each party to bear its own costs.

Dated: April 28, 2006

| | |
|---|---|
| /s/<br>Robert S. Downs, Esquire<br>Michael J. Halaiko, Esquire<br>Miles & Stockbridge P.C.<br>10 Light Street<br>Baltimore, MD 21202<br><br>*Attorneys for Plaintiffs Fassi Gru S.p.A. and Fascan International, Inc.* | /s/<br>James E. Gray, Esquire<br>Jason C. Rose, Esquire<br>Venable LLP<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, Maryland 21201<br><br>*Attorneys for Defendant Robert's Diesel Works, Inc.* |

APPROVED, on Friday, April 28, 2006.

/s/
_____
Marvin J. Garbis
United States District Judge

BA2DOCS1/291839